*Joyce Lavonne Samuels and Richard Samuels versus*
*Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.*
*21st Judicial District Court, Parish of Tangipahoa*
*Page 1 of 7*

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NUMBER: 2020-0000885   DIVISION: E

JOYCE LAVONNE SAMUELS and RICHARD SAMUELS

VERSUS

DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC; XYZ INSURANCE COMPANY;
ABC VENDOR COMPANY; and ABC INSURANCE COMPANY

---

**PETITION FOR DAMAGES**

---

NOW INTO COURT, through undersigned counsel, comes JOYCE LAVONNE SAMUELS and RICHARD SAMUELS, (hereinafter "PETITIONERS"), a person of the full age of majority, domiciled in the Parish of Tangipahoa, State of Louisiana, who with respect represents:

I.

Named defendants in this suit herein are:

a) DOLLAR GENERAL CORPORATION, a foreign corporation not registered, but doing business in the State of Louisiana under the name of DG ECOMMERCE, LLC, who under, Louisiana Code of Civil Procedure Art. 1262, can be served on the Louisiana Secretary of State, R. Kyle Ardoin, at 8585 Archives Avenue, Baton Rouge, LA 70809; as well as via certified mail AT 100 Mission Ridge, Goodlettsville, Tennessee, 37072, via the *Louisiana Long Arm Statute*

b) DG ECOMMERCE, LLC a foreign corporation registered in and doing business within the State of Louisiana;

c) XYZ INSURANCE COMPANY, the presently unknown excess liability insurance carrier of DOLLAR GENERAL CORPORATION and DG ECOMMERCE, LLC;

d) ABC VENDOR COMPANY, the presently unknown vendor of DOLLAR GENERAL CORPORATION AND DG ECOMMERCE, LLC who, upon information and belief is a Louisiana corporation; and

e) ABC INSURANCE COMPANY, the presently unknown liability insurance carrier of ABC VENDOR COMPANY.

SCANNED
TFW

Joyce Lavonne Samuels and Richard Samuels versus
Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.
21st Judicial District Court, Parish of Tangipahoa
Page 2 of 7

II.

The above Defendants are truly, justly, legally, and solidarily bound unto PETITIONERS herein for the full sum and amount to be determine by this Honorable Court, together with legal interest and court costs.

III.

That on or about June 21, 2019, JOYCE LAVONNE SAMUELS was an invitee shopper of Dollar General Discount Store on 53444 Highway 40, which was and is owned and operated by DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC, and is located inside the city limits of Loranger, Louisiana which is located in the Parish of Tangipahoa, State of Louisiana.

IV.

That placed in an aisle was a circular display containing watermelon placed on top of a square pallet – the edges of which were protruding beyond the display and into the aisle.

V.

That while shopping, JOYCE LAVONNE SAMUELS, was walking around the corner of the aisle in question looking at the merchandise available for purchase when her foot suddenly and unexpectedly caught under the corner of the square wooden pallet obstructing the aisle in question, causing her to trip and fall resulting in multiple injuries.



VI.

There were no signs, notices, flags, or colored markings warning invitees of the obstruction protruding into the aisle.

VII.

This impact caused severe and debilitating injuries to JOYCE LAVONNE SAMUELS, all of which will be shown at the trial of this matter.

Joyce Lavonne Samuels and Richard Samuels versus
Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.
21st Judicial District Court, Parish of Tangipahoa
Page 3 of 7

VIII.

Upon information and belief, the risk of harm to an invitee as alleged by petitioners herein is reasonably foreseeable.

IX.

Upon further information and belief, defendants, DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC. and/or ABC VENDOR COMPANY, created and/or had constructive notice of the unreasonable risk of harm as alleged by the petitioners herein resulting in debilitating injuries by the petitioner, JOYCE LAVONNE SAMUELS.

X.

The aforesaid trip, fall, and injury was in no way caused or contributed to by JOYCE LAVONNE SAMUELS, but was due strictly to the negligence [La. R.S. 9:2800.6], fault, and/or strict liability of the defendant, DOLLAR GENERAL CORPORATION, DG ECOMMERCE, LLC and ABC VENDOR COMPANY, as listed in the following, but not limited to the following:

a) failing to properly maintain premises under its ownership and/or custody;

b) failing to warn invitees on the premises of DOLLAR GENERAL CORPORATION/DG ECOMMERCE, LLC;

c) failing to take exercise reasonable care and reasonable precautions to avoid the trip and fall;

d) allowing a hazardous condition to exist on its premises;

e) failing to properly inspect its' premises for hazardous and/or dangerous conditions;

f) failing to ensure the safety of its' invitee shoppers;

g) failing to ensure that vendors display merchandise so that it does not cause an unreasonably hazardous and/or dangerous condition to invitees; and

h) any and all acts of negligence and/or fault and/or strict liability which will be brought out at the time of trial.

XI.

Furthermore, under the provisions of LSA-C.C. 2317, Petitioner, JOYCE LAVONNE SAMUELS avers that DOLLAR GENERAL CORPORATION is strictly liable for all injuries inflicted upon her in this incident, as DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC had custody and/or *garde* of the display in question, a defect and/or vice existed with regard to said display, which posed an unreasonable risk of harm to petitioner

and this vice and/or defect directly and proximately caused the petitioner to suffer injuries. Following the injury to petitioner, on the same day of petitioner's injury, the employees of DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC, removed the entire display from the store. Subsequently, and again on the same day of petitioner's injury but later in the day, upon information and belief, an employee of DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC, was instructed by management to replace the wooden pallet in the same location where the incident occurred and the wooden pallet was returned to the store.



XII.

That further, on information and belief, ABC VENDOR COMPANY is a vendor of DOLLAR GENERAL CORPORATION and/or EG ECOMMERCE, LLC and is in charge of setting up and maintaining displays of its' products and had custody and/or *garde* of the display and wooden pallet in question, which in its location, posed an unreasonable risk of harm to PETITIONER, rendering defendant ABC VENDOR COMPANY, liable jointly, severally, and *in solido* with DOLLAR GENERAL CORPORATION and DG ECOMMERCE, LLC to PETITIONER, as listed in the following, but not limited to the following:

a) failing to warn invitees on the premises of DOLLAR GENERAL CORPORATION/DG ECOMMERCE, LLC of impending danger;

b) failing to take reasonable precautions to avoid the trip and fall;

c) allowing a hazardous condition to exist on its premises;

d) failing to properly inspect its' premises for hazardous and/or dangerous conditions;

Joyce Lavonne Samuels and Richard Samuels versus
Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.
21st Judicial District Court, Parish of Tangipahoa
Page 5 of 7

e) failing to ensure the safety of its' invitee shoppers;

f) failing to ensure that merchandise displays do not cause an unreasonably hazardous and/or dangerous condition to invitees; and

g) any and all acts of negligence and/or fault and/or strict liability which will be brought out at the time of trial.

XIII.

PETITIONER further avers that DEFENDANTS, DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC, and ABC VENDOR COMPANY knew, or in the exercise of reasonable care, should have known of the ruin, vice, and/or defect that was manifested by the square wooden pallet corner extending past the circular display and protruding into the aisle, and the damage to PETITIONER could have been prevented by the exercise of reasonable care, and the DEFENDANTS, DOLLAR GENERAL CORPORATION, DG ECOMMERCE, LLC, and ABC VENDOR COMPANY, failed to exercise such reasonable care.

XIV.

Alternatively, PETITIONER specifically pleads the doctrine of *res ipsa loquitur*, and alleges that it is applicable to this incident in that this trip, fall, and injury would not normally occur in the absence of negligence, there exists and absence of direct evidence to explain the activities leading to the trip, fall, and injury, and that the trip, fall, and injury was caused by an agency or instrumentality within the actual or constructive control of the DEFENDANTS, DOLLAR GENERAL CORPORATION, DG ECOMMERCE, LLC, and ABC VENDOR COMPANY

XV.

At all times pertinent hereto, XYZ INSURANCE COMPANY was the excess liability insurer of DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC which policy or policies of insurance was in full force and effect and rendered defendant, ABC INSURANCE COMPANY liable jointly, severally, and *in solido* with its' insured, DOLLAR GENERAL CORPORATION and/or DG ECOMMERCE, LLC.

XVI.

At all times pertinent hereto, ABC INSURANCE COMPANY was the liability insurer of ABC VENDOR COMPANY which policy or policies of insurance was in full force and effect and rendered defendant, ABC INSURANCE COMPANY liable jointly, severally, and *in solido* with its' insured, ABC VENDOR COMPANY.

Joyce Lavonne Samuels and Richard Samuels versus
Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.
21st Judicial District Court, Parish of Tangipahoa
Page 6 of 7

XVII.

As a result of the aforementioned incident, PETITIONER has sustained significant bodily injuries to her person, along with her mental and emotional distress, and outlines her damages as follows:

a) past, present, and future physical pain, physical suffering, bodily injury and scarring;

b) past, present, and future mental and emotional overlay;

c) past, present, and future mental pain, anguish, anxiety, nervousness, and depression;

d) past, present, and future medical expenses; and

e) loss of earning capacity and lost wages.

XVIII.

PETITIONERS aver that all expert fees required in the trail of this case should be assessed as costs and that defendants should be case in judgment of said costs.

XIX.

The damages in this case exceed $50,000.00.

XX.

At all material and relevant times, petitioner, JOYCE LAVONNE SAMUELS, was married to and residing with her spouse, RICHARD SAMUELS. As a result of the damages and/or injuries to his spouse, petitioners assert herein a claim for loss of consortium to be more particularly detailed during the course of this litigation. Petitioners further assert a claim for lost wages on behalf of petitioner, RICHARD SAMUELS, incurred due to being the primary caregiver for his wife due to her extensive injuries from this incident.

**WHEREFORE,** PETITIONERS pray that the Defendants be duly served with a copy of this Petition in accordance with the law and cited to appear and answer same and after all legal delays and due proceedings be had, that there be a judgment in favor of your PETITIONERS, JOYCE LAVONNE SAMUELS and RICHARD SAMUELS, and against DEFENDANTS, DOLLAR GENERAL CORPORATION, EG ECOMMERCE, LLC, XYZ INSURANCE COMPANY, ABC VENDOR COMPANY, and ABC INSURANCE COMPANY, jointly, severally, and in solido for a reasonable amount to compensate PETITIONERS for their respective damages, together with legal interest from the date of judicial demand until paid, and all expert fees and all costs of these proceedings. PETITIONERS further pray for all general and equitable relief allowed by law.

*Joyce Lavonne Samuels and Richard Samuels versus*
*Dollar General Corporation; DG Ecommerce, LLC; XYZ Ins. Co; ABC Vendor Co.; ABS Ins. Co.*
*21st Judicial District Court, Parish of Tangipahoa*
*Page 7 of 7*

Respectfully submitted this 16th day of March, 2020.

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE,
STAKELUM, & HAYES, LLP

J. GARRISON JORDAN, # 20240
COURTNEY P. NEWTON, #29373
111 NORTH OAK STREET, SUITE 200
HAMMOND, LA 70401
TELEPHONE: (985) 269-7220
FACSIMILE: (985) 269-7244
EMAIL: jgj@chehardy.com

**PLEASE SERVE:**

DOLLAR GENERAL CORPORATION
*Via Louisiana Code of Civil Procedure Art. 1262*
Through Louisiana Secretary of State, R. Kyle Ardoin
8585 Archives Avenue
Baton Rouge, Louisiana 70809

DOLLAR GENERAL CORPORATION
*Via Louisiana Long Arm Statute*
100 Mission Ridge
Goodlettsville, Tennessee 37072

DG ECOMMERCE, LLC
*Through Registered Agent for Service of Process*
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

XYZ INSURANCE COMPANY – Please hold service
ABC VENDOR COMPANY – Please hold service
ABC INSURANCE COMPANY – Please hold service

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NUMBER: 2020-0000885   DIVISION:

JOYCE LAVONNE SAMUELS and RICHARD SAMUELS

VERSUS

DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC; XYZ INSURANCE COMPANY; ABC VENDOR COMPANY; and ABC INSURANCE COMPANY

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF TANGIPAHOA

**BEFORE ME,** the undersigned authority, personally appeared:

**JOYCE LAVONNE SAMUELS**

who being first duly sworn, deposed that she is the petitioner in the above and foregoing pleading; that all the allegations of fact made are true, except those allegations expressly made on information and belief; and that, as to those, affiant believes them to be true.

_____
JOYCE LAVONNE SAMUELS

Sworn to and subscribed before me, this 12 day of March, 2020.

_____
NOTARY PUBLIC

Melissa S. Hoover, Notary Public
111 N. Oak St., Suite 200
Hammond, LA 70401
LA Notary No. 127321
My commission expires at death.

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NUMBER: 2020-0000885    DIVISION:

JOYCE LAVONNE SAMUELS and RICHARD SAMUELS

VERSUS

DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC; XYZ INSURANCE COMPANY; ABC VENDOR COMPANY; and ABC INSURANCE COMPANY

**VERIFICATION**

---

**STATE OF LOUISIANA**

**PARISH OF TANGIPAHOA**

    **BEFORE ME,** the undersigned authority, personally appeared:

**RICHARD SAMUELS**

who being first duly sworn, deposed that he is the petitioner in the above and foregoing pleading; that all the allegations of fact made are true, except those allegations expressly made on information and belief; and that, as to those, affiant believes them to be true.

_____
RICHARD SAMUELS

Sworn to and subscribed before me, this ___12___ day of __March__, 2020.

_____
NOTARY PUBLIC

Melissa S. Hoover, Notary Public
111 N. Oak St., Suite 200
Hammond, LA 70401
LA Notary No. 127321
My commission expires at death.

# CITATION

JOYCE LAVONNE SAMUELS, ET AL

Versus

DOLLAR GENERAL CORPORATION, ET AL



Case: 2020-0000885
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TFW

To: DOLLAR GENERAL CORPORATION
VIA LOUISIANA CODE OF CIVIL PROCEDURE ART. 1262
THROUGH LOUISIANA SECRETARY OF STATE, R. KYLE ARDOIN
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J. GARRISON JORDAN and was issued by the Clerk of Court on March 17, 2020.

<u>Pleading Served</u>

PETITION FOR DAMAGES

Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service     $_____
                              By: _____
Mileage     $_____              Deputy Sheriff

Total       $_____

FOOTERAREA

Case Number: 2020-0000885 Transaction Date: 3/17/2020 Seq: 11 Page Sequence: 1

# CITATION

JOYCE LAVONNE SAMUELS, ET AL

Versus

DOLLAR GENERAL CORPORATION, ET AL

Case: 2020-0000885
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TFW

To: DG ECOMMERCE LLC
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

Parish of EAST BATON ROUGE

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-First Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by attorney J. GARRISON JORDAN and was issued by the Clerk of Court on March 17, 2020.

<u>Pleading Served</u>

PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service     $_____
                                    By: _____
Mileage   $_____             Deputy Sheriff

Total        $_____

FOOTERAREA
Case Number: 2020-0000885 Transaction Date: 3/17/2020 Seq: 7 Page Sequence: 1

# CITATION – LONG ARM

JOYCE LAVONNE SAMUELS, ET AL

Versus

DOLLAR GENERAL CORPORATION, ET AL



Case: 2020-0000885
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TFW

To: DOLLAR GENERAL CORPORATION
VIA LOUISIANA LONG ARM STATUTE
100 MISSION RIDGE
GOODLETTSVILLE, TENNESSEE 37072

Parish of

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney J. GARRISON JORDAN and was issued by the Clerk of Court on March 17, 2020.

<u>Pleading Served</u>
PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:**_____.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____
                                By: _____
Mileage     $_____          Deputy Sheriff

Total          $_____

FOOTERAREA
Case Number: 2020-0000885 Transaction Date: 3/17/2020 Seq: 3 Page Sequence: 1

Filed April 6, 2020
DY. CLERK OF COURT

TWENTY-FIRST JUDICIAL DISTRICT COURT

PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NUMBER: 2020-0000885                              DIVISION: "E"

JOYCE LAVONNE SAMUELS and RICHARD SAMUELS

VERSUS

DOLLAR GENERAL CORPORATION; DG ECOMMERCE, LLC; XYZ INSURANCE COMPANY; ABC VENDOR COMPANY; and ABC INSURANCE COMPANY

---

**AFFIDAVIT**

---

**STATE OF LOUISIANA**

**PARISH OF TANGIPAHOA**

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**MELISSA S. HOOVER**

who, after first being duly sworn, deposed and said:

That in accordance with the Louisiana Long Arm Statute (R.S. 13:3201 et seq.), on the 20th day of March, 2020, she mailed a certified copy of the Petition for Damages in the above captioned matter to the defendant, Dollar General Corporation, properly addressed to the last known address with sufficient postage affixed thereto as follows: Dollar General Corporation, Post Office Box 1728, Goodlettsville, TN 37070 and Dollar General Corporation, 100 Mission Road, Goodlettsville, TN 37072. The original Return Receipt is attached to the Service Return, which is attached hereto and made a part hereof which proves that defendant was served on the 23rd day and 26th day of March, 2020.

The defendant, defendant Dollar General Corporation, is a non resident as defined in R.S. 13:3201 through 3207.

                                             _/s/ Melissa Hoover_
                                             MELISSA S. HOOVER

SWORN TO AND SUBSCRIBED BEFORE ME

this ___2___ day of ___April___ 2020.

_____
J. GARRISON JORDAN, ATTORNEY AT LAW/NOTARY PUBLIC
Bar Roll No./I.D. No.: 20240
Commission Expires: Upon Death

SCANNED

# CITATION – LONG ARM

**JOYCE LAVONNE SAMUELS, ET AL**

Versus

**DOLLAR GENERAL CORPORATION, ET AL**

Case: 2020-0000885
Division: E
21st Judicial District Court
Parish of Tangipahoa
State of Louisiana

TFW

To: DOLLAR GENERAL CORPORATION
VIA LOUISIANA LONG ARM STATUTE
100 MISSION RIDGE
GOODLETTSVILLE, TENNESSEE 37072

Parish of

2020 APR -6 AM 9: 45

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the Twenty-first Judicial District Court in and for the Parish of Tangipahoa, State of Louisiana within 30 days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" hereof, under penalty of default.

This service was ordered by attorney J. GARRISON JORDAN and was issued by the Clerk of Court on March 17, 2020.

<u>Pleading Served</u>
PETITION FOR DAMAGES

_____
Deputy Clerk of Court for
Gary T. Stanga, Clerk of Court

## Service Information

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served the above named party as follows:

**Personal Service** on the party herein named _____.

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

**DUE & DILIGENT UNABLE TO SERVE BECAUSE:** _____.

Returned:
Parish of _____ this _____ day of _____, 20 ____.

Service    $ _____
Mileage    $ _____         By: _____
Total      $ _____              Deputy Sheriff

[ ORIGINAL ]

Case Number: 2020-0000885 Transaction Date: 4/6/2020 Seq: 1 Page Sequence: 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dollar General Corp.
100 Mission Ridge
Goodlettsville, TN 37072

9590 9402 4074 8092 2605 32

2. Article Number (Transfer from service label)

7018 1130 0002 0162 7704

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mary Davis
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
MAR 23 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE
HAMMOND LA

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here
MAR 20 2020

Postage $
Total Postage and Fees $ 1.20

Sent To Dollar General Corporation
Street and Apt. No., or PO Box No. 100 Mission Ridge
City, State, ZIP+4® Goodlettsville TN 37072

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1130 0002 0162 7704

---

MARY STAUFFER
CLERK OF CO.
2020 APR -6 AM 9:45

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dollar General Corp.
P.O. Box 1728
Goodlettsville, TN 37070

9590 9402 4074 8092 2605 49

2. Article Number (Transfer from service label)

7018 1130 0002 0162 7711

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Mary Davis
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
MAR 26 2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL HAMMOND LA USE
MAR 20 2020
70401

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $
Total Postage and Fees $ 1.20

Sent To Dollar General Corporation
Street and Apt. No., or PO Box No. P.O. Box 1728
City, State, ZIP+4® Goodlettsville TN 37070

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 1130 0002 0162 7711